# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>  Thomas Gerard Kuziela<br>  Marea Carmelita Kuziela<br>        Debtor(s) | Case No. 13-46224 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/29/2013.

2) The plan was confirmed on 02/13/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/05/2015, 01/20/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/07/2017.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,180.00.

10) Amount of unsecured claims discharged without payment: $70,569.71.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,186.16 |
| Less amount refunded to debtor | $426.16 |

**NET RECEIPTS:** $14,760.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $642.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,642.52

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Medical Center | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 9,225.00 | 7,978.14 | 7,978.14 | 757.18 | 0.00 |
| American Medical Coll. Agency | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Apelles | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| Apelles | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Bennett Law | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 444.00 | 444.00 | 42.14 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Chela | Unsecured | 4,960.00 | NA | NA | 0.00 | 0.00 |
| CITY OAK FOREST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OAK FOREST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 114.00 | 100.00 | 100.00 | 9.49 | 0.00 |
| Collection | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| Comcast Chicago Seconds - 4000 | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,067.00 | 1,072.96 | 1,072.96 | 101.83 | 0.00 |
| Credit Collection Services | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cybrcollect | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| David Vaughn | Unsecured | 5,350.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Dinman Financial | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 1,018.00 | 1,018.28 | 1,018.28 | 96.64 | 0.00 |
| Dr. Richard Farrell | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Fertility Centers of IL | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIFTH THIRD BANK | Unsecured | 367.00 | 367.42 | 367.42 | 34.87 | 0.00 |
| First Bank of Delaware | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Gasmart #45 | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Gasmart #45 | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Global Check Recovery | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Green OAKS Apartments | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| H&F Law | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 54.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 637.00 | 2,639.71 | 2,639.71 | 250.51 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Priority | 285.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 5,061.00 | NA | NA | 0.00 | 0.00 |
| JB Robinson Jewelers | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Katerji Pediatric Neurology | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 1,260.00 | NA | NA | 0.00 | 0.00 |
| Kim & Calvert MD SC | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| Laureen L Ambrose MD SC | Unsecured | 1,280.00 | NA | NA | 0.00 | 0.00 |
| Lifecircle Women's Health, SC | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| Medical Collections Spec. | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| Midwest Pediatric Cardiology | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY ONE | Secured | 200.00 | 551.41 | 380.00 | 380.00 | 17.60 |
| NATIONAL RECOVERY ONE | Unsecured | 180.00 | 0.00 | 171.41 | 16.27 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTION | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 16,830.00 | 18,121.45 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| NU WAY/TINLEY PARK DISPOSAL | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Palos Anesthesia Associates | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Palos Diagnostic SC | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 6,880.00 | 15,010.96 | 15,010.96 | 1,424.64 | 0.00 |
| PRA RECEIVABLES MGMT | Secured | 6,275.00 | 6,275.00 | 6,275.00 | 6,275.00 | 488.55 |
| PREMIER BANK CARD | Unsecured | 897.00 | 897.83 | 897.83 | 85.21 | 0.00 |
| Quest Diagnostics | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Renaissance Medical Group | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| Sallie MAE | Unsecured | 1,769.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Center | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Take Care Health Illinois | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL SVC | Unsecured | NA | 0.00 | 378.59 | 35.93 | 0.00 |
| TRI STATE FINANCIAL SVC | Secured | NA | 378.59 | 0.00 | 0.00 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 1,186.00 | NA | NA | 0.00 | 0.00 |
| Walmart | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 1,058.00 | 1,070.74 | 1,070.74 | 101.62 | 0.00 |
| WOW Harvey | Unsecured | 2,364.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,275.00 | $6,275.00 | $488.55 |
| All Other Secured | $380.00 | $380.00 | $17.60 |
| **TOTAL SECURED:** | **$6,655.00** | **$6,655.00** | **$506.15** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,150.04** | **$2,956.33** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,642.52 |
| Disbursements to Creditors | $10,117.48 |
| **TOTAL DISBURSEMENTS :** | **$14,760.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/06/2017            By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**